# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'25 JAN 3 PM3:22
KWB

Sharon R. Shepard
_____
Plaintiff

3-25CV0018-B

v.

Civil Action No.

Judge Jean Lee
_____
Defendant

## COMPLAINT

Judge Jean Lee of Dallas County 255 Family Court of Dallas Texas
have shown overt favorites toward my husband Lawyer in
Divorce (Case # Cause No 23-07827) It is crucial to maintain
impartiality and avoid the appearance of bias;
- Mr. Moore has been over aggressive and Judge Lee often support
the Lawyer's Legal Knowledge which often falls in his favor.
- Mr Moore is not Honesty with the Judge when he provids
evidence.
Judge Lee ethical behavior has had Serious impact on the
case itself.
- Jude Lee actions and the evaluation of the case should be based
on merits, Not on her own Personal feeling toward the Lawyer
Presenin

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 01/03/2025 |
| Signature | SRL k |
| Print Name | Sharon R. Shepard |
| Address | P.O. Box 450782 |
| City, State, Zip | Garland TX 75045 |
| Telephone | 469-792-8756    (e-mail) billhagan 7770@gmail.com |

1
2
3
4       In the ___255ᵗʰ___ Court for the County of __Dallas__
5                    in the State of __Texas__
6
7                                    )    Case No.: DF-23-07822
8       Plaintiff, Sharon R            )         DF 23-01215
9           Shepard                   )    Complaint
        v.                            )
10                                     )
11      Defendant. Judge JeanLee )
12
13      Plaintiff __Sharon R Shepard__ brings forth the following causes of
14   action and alleges the following:
15   1.    Plaintiff is an individual and a resident of __Dallas__, __Texas__.
16   2.    Defendant is a legally defined business entity, formed under the laws of
17   State of ~~Dallas~~ __Texas__ and located at __Dallas County/__ ,
18   _____ , _____ .
19   3.    On about __Dec__ __5ᵗʰ__, 2024 __Judge Lee ~~Has~~__
20   __has and did show favoritism in divorce case.__
21   __-Lawyer Moore is allowed to navigate the entre case.__
22   4.    On about __Dec__ __5ᵗʰ__, 2024, __Judge Lee allowed__
23   __the lawyer great over sight to let what evidence__
24   __was vaid or in vaid in the case__ .
25   5.    __Using Virtual - Zoom Hearing - Allowed A person__
26   __who She Never let identifiy who was in the__
27   __background. This is A Violaction of the Texas__
28   __Code of - Letting outside Sources in the hearing__ .
        __That's Not A part of the hearing__

1       Plaintiff brings forth the following counts and allegations supporting

2   Plaintiff's cause of action:

3              **Count 1** - Judge Lee has .

4   Considered to showing favoritism when the

5   Lawyer Moore I allowed to take over the hearing

6   — Judge Lee has showed and displayed bias

7   and it is impossible for Sharon R. Shepard to

8   get a fair hearing.

9   Judge Lee allowes Lawyer Moore to make up

10  his ow rules on how the case should be ran.

11  — Lawyer Moore has dictated to the judge

12  No Settlement — No — Mediation — No- pre-trial

13  & We Need on 30 mins for trial, Stated by Judge Lee

14                      Final    **Damages**

15      WHEREFORE, Plaintiff seeks compensatory damages in the amount of

16  $ 200,000, plus all attorney fees and costs incurred by Plaintiff in

17  connection with this action.

18      Additionally, Plaintiff seeks the removal of the

19  judge and a full investigation of

20  discovery of her finance, Record of All phone

21  call to Lawyer / + her clerk Brittany King.

22  — Look into the software being used / Cyber ATTACK

23              Respectfully submitted this 03 day of Jean , 2025

24

25

26                                Name:

27                                Its:

28                                Plaintiff

— Judge ——

~~M+G~~

Gove

Judge Lee let Mr. John E Shepard's lawyer
influence the case.

— ~~She depend and~~
Allowed a lawyer to unduly
sway her decision in my case.
This has allowed inappropriate
~~oog~~ arguments her personal
relation she is often on
display in case

— During Open of Pre-Trial
— Mr. Moore subject
— No Settment Offer Needed
— No Medicule was need
— Judge Lee Agreed

— ~~Sh~~ Jude Lee has Repete
And Ask Guide of rule or law
to govern our case

— The case is mood — Judge
— I want a court date
She respon to Mr Moore

— Find the Law — and put it ton
me

The

Mr. Moore made an error with the AJ ruling of the date of the application for the Protective Order – The Date was July 07,2023 and it was signed by the Judge for final order on September 09,2023.

Mr. John Edward Shepard stated he had no money but managed to state he was working and there was no reason for him to give a full time job.

Mr. Moore stated that during the Discovery that Sharon R Shepard could not ask any question but he opened the door outlining Mr. John Edward Shepard financial disclosure but requested proof of this information Petitioner could not  receive this information.

But this statement could not be true because Mr. Moore sent an email to Sharon R Shepard stating that Mr. John Edward Shepard legal bills were covered.

This is a hearing about truth and honesty and the witness should have been able to respond to his own testimony. But Mr. Shepard cannot respond to the question due to the fact Mr. Moore will respond for him and the Judgewoould ˙allow these actions to continue on after Petitioner objected to this type of witness tampering.

We are asking the court to overturn Judge Lee orders and ask the Court to keep TRO in place and Sharon R Shepard remains in the home.

while being married, This proof that Mr. John Eward Shepard violated his financial duties to his wife. This is another sign that show Mr. John Shepard that he has abused her.

Mr. John Shepard was under oath and stated that over 300,000 thousands dollars had been used to pay bills. But Mr. Moore was able to answer Mr. Shepard's response without the Judge asking Mr. Moore to let the witness respond. It was an objection on the floor. The Judge abused her power by letting Mr. Moore look up information so she could be correct in her day to day operation of running the courts.

Mr. Moore was allowed to be an important witness in the case and help respond to his clients questions.

Mr. Moore's action was a big influence on the court and it showed that this was a biased hearing.

Judge Lee made rulings on evidence that denied Sharon R Shepard a chance to tell her side of the matter.

JudgeLee bullied Mrs. Johnston and explained that you can not be helping as Mrs. Sharon Shepard with her case. The only thing Mrs. Sherry Johnston did was to explain that I requested certain documents to be filed and given to Mr. Moore and noted an incident when John E Shepard was calling her out of his name.

Judge Lee has made a mockery of the hearing allowing Mr. Moore to take over the courtroom and run the courtroom.

We are asking the court to allow Sharon R Shepard to remain in the home at 3201 Key West Dr. Garland, Texas where she and Mr. John Edward Shepard has living for 18 years and there is a Homestead

exemption attached to the home due to Sharon R Shepard disability.

The Respondent explained to the court he was aware that his wife was disabled and was on a fixed income.

Under Texas Law if the Court was made that Sharon R Shepard was on a fix income and was able to work then it just

John Edward Shepard told the court he was involation of the Protective Order- "I can provide evidence that Sharon R Shepard has travel to Lousian several times-Code 71.004

Mr. Shepard was not to be tracking his wife or commuication with her family members.

-Mr. Sheaprd has communitace with

(A) Patricia Felder sister

(B) Avant Thomas  son

(C) Matthew Miller Brother

(D) Lonnie Miller

Mr. John Edward Shepard stated he knows their location and his own wife does not know where all her family members are located or communicated with them within the last 30 days.

The court did not examine the records that were heard from both parties, evidence and argument. Judge Lee did not let any evidence come into the court from Sharon R Shepard which has been provided by the court's on July 07,2023.

The Judge made a mistake by not including or allowing an important factor in the case-Mr. Shepard, lawyer, would speak out for his client who was under oath to tell the truth.

-TRO should not have been overturned by Judge Lee. John Shepard stated that "He May have backhanded his wife", But owns up for the  record while under oath told that he committed this act against his wife. But did state he hit up upside the head.  July 07, 2023, John Shepard told the AJ that he backhanded his wife. This shows that the witness was not creditable with all his statements. But he did admit to taking anger management classes.

Mr. Moore on record stated that Mr. John Edward Shepard removed Sharon R. Shepard got her medical health insurance but records show that June 2023, Mr. John Shepard removed wife from health care when he was aware she was disabled. This was part of Dallas County Standard Order. NO Changes to the medical insurance. Mr. John Edward Shepard admitted to removing Sharon R Shepard off all financial support

# CAUSE NO. DF-23-07827

IN THE MATTER OF            § IN THE DISTRICT COURT

THE MARRIAGE OF            § 255 th JUDICIAL DISTRICT

MARRIAGE OF                DALLAS COUNTY, TEXAS

SHARON R SHEPARD

VS

JOHN EDWARD SHEPARD

The motion to vacate the property at 3201 Key West Drive Garland, Texas has been filed but Family court is not set up for eviction.

The Judge gave the property back to John Edward Shepard though a TRO hearing to remove Sharon R Shepard is consider a Texas Tentant Right law. The court must go through the property change of command.

Mr. John Edward Shepard must notify Sharon R Shepard that he is evicting his wife from the home.

Family Court has no jurisdiction on the removal of the person using the TRO.

Unless the laws have changed for Dallas County we have a copy of the law that shows that Family Court do not have justification to remove the person from the house. Does Family court has a right to evict Sharon R Shepard out the home. IF so we need to see documentation otherwise we need to have this matter set up as a hearing.

WE pray and hope that the court can show that they have the right to evict Sharon R Shepard.


Thank you

SHARON SHEPARD

Homestead exemption was added 2008 due to this disabled wife.

Judge Lee made no notes of this matter about Mr. John Shepard having this kind of money in his hands but excluded the wife which he only makes under 1000 dollars a month.

The Judge has really shown that her judgement is not to protect the disabled. But give Mr. John Edward Shepard what he wants. To continue to abuse his wife mentally, physical and financially. This is another reason to overturn the verdict of the TRO and remove his wife, Sharon R Shepard out of the house.

While on the witness stand on December 05, 2024 John Shepard was under oath stating that his wife did contribute to paying the house note. John Edward Shepard admitted that both parties moved into the house together in 2007.

John Edward admitted to sharing the house with Sharon R Shepard therefore, this property is considered a community property though his own testimony.

The court must recognize that the owner of the home has just stated to the court that this home is under tax exemption and wife has made contributions to help pay the house note, but Judge Lee overlooked this matter. If this is a court hearing and the witness is under oath then all information should be considered. Judge Lee refuses to recognize that John Edward Shepard has failed to show that this home is community property. Judge Lee never considered this information before making her decission.

When the Judge is given new information that validates this house is not owned by Mr. John Edward outright but must take that information into consideration that Shepard then Sharon Shepard has right as well.

Sharon Shepard must be accommodated as well due to her disability and the house exemption is set up though Dallas County as homestead exemption.

Judge Lee refused to look at the true facts that were stated by Mr. John Edward Shepard due to her being biased. Most of her decision that was made recording this hearing has be in favor of Mr. John Edward Shepard.

While on the witness stand on December 05, 2024 John Shepard was under oath stating that his wife did contribute to paying the house note. John Edward Shepard admitted that both parties moved into the house together in 2007.

John Edward admitted to sharing the house with Sharon R Shepard therefore, this property is considered a community property though his own testimony.

The court must recognize that the owner of the home has just stated to the court that this home is under tax exemption and wife has made contributions to help pay the house note, but Judge Lee overlooked this matter. If this is a court hearing and the witness is under oath then all information should be considered. Judge Lee refuses to recognize that John Edward Shepard has failed to show that this home is community property. Judge Lee never considered this information before making her decission.

When the Judge is given new information that validates this house is not owned by Mr. John Edward outright but must take that information into consideration that Shepard then Sharon Shepard has right as well.

Sharon Shepard must be accommodated  as well due to her disability and the house exemption is set up though Dallas County as homestead exemption.

Judge Lee refused to look at the true facts that were stated by Mr. John Edward Shepard due to her being biased. Most of her decision that was made recording this hearing has be in favor of Mr. John Edward Shepard.

Mr. John Edward Shepard stated that he removed health Insurance from his wife Sharon R Shepard, under Dallas County Standing Order no changes are to be made to health care –

Mr. Shepard received a kick-out order –May 24, 2023

Called Health Insurance Marketplace June 2023, and stopped all payments.

On May 24, 2023 Sharon R Shepard was only 64 and could not apply for medical until the age of 65.

Without no insurance Sharon R Shepard could not immediately

If Mr. John Shepard can break  the law of  Dallas County Standing Order then this means he has a great disrespect for the law but Judge Lee never refused to address these concerns. Judge Lee allowed Lawyer Moore to take a statement about this matter. "Judge, Mr. Shepard did not have to pay anything for her health care because he received medical insurance due to her age.

Attachment-email from Mr. Moore- Mrs. Shepard have you on my medical plan for one month January 2024.

Page 14

# EXHIBIT A

- 
- Ask Judge Lee to recuse herself 12-24-2024
- Motion never heard-
- Case DF- 23-078727
- Case Df-23-0715

# CASUE NO. DF-23-07827

FILED

24 DEC -4 PM 1:02

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

| | |
|---|---|
| IN THE MATTER OF | IN THE DISTRICT COURT |
| THE MARRIAGE | 225TH JUDICIAL DISTRICT |
| SHARON R SHEPARD | DALLAS COUNTY TEXAS |
| PETTIONER | |
| JOHN EDWARD SHEPARD | |
| RESPONDENT | |

## MOTION TO RECUSE JUDGE JEAN LEE IN THE DISTRICT COURT OF 255TH JUDICIAL DISTRICT OF TEXAS

### Rule 18b Gounds for Recusal

Judge Jean Lee has interest in the subject matter due to the fact that Judge Adkins is her peer. Judge Adkins sent over a withdrawal form that was signed by Judge Lee 08/2024 without my being notified.

Judge Lee knows Judge Adkins and has shown that her interest in the case will be the same outcome that may affect my case.

It is not fair when Judge Lee refuses to address my concerns over the withdrawal of my former lawyer. However, Mr. Moore pushed through the paperwork for the lawyer to withdraw herself and for Judge Lee to sign under Judge Adkins name.

It was well noted when Mr. Moore sent me a copy of the withdrawal order signed by Judge Lee. This was not His job. I was never notified by Judge Lee to stop this person from withdrawing from my case; a motion had been filed to bring actions against the lawyer. A hearing was requested by the petitioner to address Judge Lee about the matter. There was no response from her. I talked to her about the matter in court.

Lawyer Moore reminded Judge Lee about the hearing under Judge Adkins through his emails.

Judge Lee has let Lawyer Moore take over Family Court and he has dictated how I should be treated. It was well noted though Judge Lee's action on October 01,2024 when I showed up for the hearing it was no hearing but I was never informed that the hearing was removed.

While I was there to make sure it was no hearing Judge Lee, made me sit through a painful hearing about a child being abused. When I was a child I was abused and sexually taken advantage of though a very painful time .

Judge Lee, forced me to sit in court while she called Mr. Moore to intimidate me in front of witnesses. The court hearing was canceled but this did not stop her from calling my husband's lawyer. Judge Lee has let this man attack me and humiliated me with his actions by texting me and telling me what will happen under her direction. The judge's actions could be seen as improper for calling him just to let me know he will find a way around the bankruptcy court.

Judge Lee, needs to step aside from participating in a case due to potential bias, conflict of interest, or appearance of impropriety.

I need an open records request due to the circumstances of Lawyer Moore communicating with the judges and clerks office to make sure whatever he wants for my husband he will get.

The case has been changed from annulment to now a divorce.

Judge Lee, was going to have a pre-trial and Lawyer Moore explain through an email he need a hearing for TRO and a trial date as soon as possible. It was granted. With the time and dates the wanted.

When Mr. Moore makes a request Judge Lee often grants his motion or has written a petition. Judge Lee is very accommodating to Mr. Moore 90% of the time.

Often Mr. Moore, the lawyer, becomes Judge Lee legal advisor. How can I get a fair trial?

Judge Lee, explain what the case will only take 30 mintures for the District Judge to fiinshe the divorce. How can a Judge put a time limit on a divorce case?

Mr. Moore stated it will be no settlement agreement and Judge Lee went along with his advice.

Mr. Moore stated you get no spousal support Judge Lee, just smile instead of control her courtroom, this place belongs to Mr. Moore.

When will I get a fair hearing?

The Canons of Judicial Conduct require that a "judge shall… perform all duties of judicial office impartially." MD R JUDGES Rule 18-102.2. Those Canons also require that a "judge shall disqualify himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned." MD R JUDGES Rule 18-102.11.

Following that recusal mandate, Rule 18-102.11 "lists a **non-exclusive** set of circumstances that mandate recusal." **Abrishamian v. Barbely**, 188 Md. App. 334, 342 (2009) (emphasis added). In fact, under this Rule, a judge is "disqualified whenever the judge's impartiality might reasonably be questioned, **regardless** of whether any of the specific provisions of subsections (a)(1) through (5) apply." MD R JUDGES Rule 18-102.11, Comment 1 (emphasis added). The need for impartiality is so important that, even absent a motion to recuse, a judge maintains his disqualified status. Id. Comment 1 ("A judge's obligation not to hear or decide matters in which disqualification is required applies **regardless** of whether a motion to disqualify is filed.") (Emphasis added).

I am asking Judge Lee to recuse herself at this time.

12/04/2024

SHARON R SHEPARD
3201 Key West
Garland TX 75044
billhagan 7470 gmail.com
469-792-8756

# EXHIBIT B

DEC 12TH   2024   FILE AN APPEAL

CASE WAS DF-23-07215

CAUSE NO: DF-23-C7829
DF-23-07215

| In the Interest of | In the District Court of |
|---|---|
| *Sharon R Shepard* | Dallas County, Texas |
| | 255th Judicial District |

### Notice of Appeal ~~from Associate Judge's Hearing~~

This Notice of Appeal from Associate Judge's Hearing is filed by *Sharon R Shepard*

1. The hearing was before the Associate Judge on this date 12/5/2024 . This appeal is timely filed.

2. The reason for this appeal is *Tina Edward Shepard explain that He physically attacked Sharon R Shepard - Hit her upside the Heard - Remove all Personal Absence / Tracking Device* asks that the Court set this matter on the docket for hearing.

Also Stated the house Was
Paid with her Disability Check
— Sharon Shepard Was
Disable
— Overturn TRO
— possession of the Home

| | |
|---|---|
| | *SRKL* (Signature) |
| | *Sharon R Shepard* (Name) |
| | _____ (Address) |
| 464-792-8756 | (Telephone) |
| *billhiggin.7410@gmail.com* | (Email) |

### Certificate of Service

I certify that a complete copy of the above was served on

_____
(Print the first and last name of the person you served.)

by (choose one):
☐ certified mail, return receipt requested, certificate # _____
☐ at the following address: _____
☐ fax, to the following number: _____
☐ delivery service.
☐ personal delivery,

on _____
(PRINT month, day, and year.)

## EXHIBIT C

FILE A MOTION FOR JUDGE LEE TO RECUSE
LAWYER MOORE STATED YOU DO NOT HAVE TO
RECUSE YOURSELF    12/04/2024

JUDGE LEE SAID OK

# CAUSE NO. DF-23-07827

# CAUSE NO. DF-23-07215

FILED
24 DEC 12  PM 12: 59
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____DEPUTY

| | |
|---|---|
| IN THE MATTER OF | IN THE DISTRICT COURT |
| MARRIAGE OF | 255TH JUDICIAL DISTRICT |
| SHARON R SHEPARD | DALLAS COUNTY, TEXAS |
| VS | |
| JOHN EDWARD SHEPARD | |
| HUSBAND | |

### MOTION TO RECUSE JUDGE JEAN  LEE

The motion to to recuse Judge Jean because of the colaboration that she has with the oppositing counsecl Mr. Moore. Mr. Moore is John Edward Shepard lawyer and Sharon R Shepard is the pro-si.

During the hearing on December 05, 2024 Judge Lee redered a decission that needs to be address.

Remove Sharon R Shepard from the home with no resource.

Judge Jean Lee Over turn the TRO.

Giving Sharon R Shepard no help after husband explain he spent all the money and denied his wife rights to the money.

While on the stand under oath Mr. John Edward Shepard explained

(A)  "I hit her upside the head," She was taking my money for gas.

(B)  John Edward explained how he denied her access to any money but removed his wife's name off all accounts.

(C)  John Edward explains how he was aware that his wife has been disabled since 2008.

(D) He was aware of his wife's ablity to receive Social Security Disablity of less than 1000 per month.

(E)  John Shepard explain that he made over 82,000 dollars from his job and that he had in an banking account with over 220,000

(F)  John Shepard explained that he understood the travel and location of his wife, which is a violation of the Dallas County Standing Order, and was ready to provide documentation to the courts on his wife's location.

(G) John Shepard and lawyer explain that Mr. Sharon R Shepard was not eligible for Mr. John Shepard to pay her medical insurance.

(H)  No court has granted Mr. John Edward Shepard the right to remove his wife for medical coverage, under Dallas County Standing orders.

(I)  The Witness, John Edward Shepard while he was in court on July 07, 2023 he came after his wife with a tool.

(J)  John Edward Shepard and his lawyer Mr. Moore explain to the court with his salary and the money that was in an account that he hid from his wife that all funds had been used.

(K)  John Edward Shepard and Lawyer Mr. Moore agreed that John Shepard has a outstanding balance of 38,000, paid $48,000 for living expense on himself and paid 48,000 for house note for 3201 Key West Dr Garland, Texas 75044

(L) Mr. John Edward Shepard and Lawyer Moore both agree that John Shepard has spent over $300,000

(E) John Edward Shepard stated he often called wife out of her name because he felt like she deserved it.

(F) his wife has not be entitle to.

(G) John Edward Shepard admitted that he was working through a private company driving for Lyft.

(H) (B) John Edward Shepard let the court know that he has been working and capable of finding another job to support himself.

(I) (C) But John Edward Shepard explains to the court he is going to be sleeping in his auto due to not having the money.

(J) (D) The witness did indicate to the court that he played the Lottery and has won monies which his wife has not been entitled to

EXHIBIT

D

COPY OF FIDELITY RETIRMENT PLAN

JOHN AND MRS. SHEPARD

TOTAL VAULE

$542,948.14

COPY OF BANK STATEMENT

JOHN EDWARD SHEPARD

REMOVED

$300,000. 00

FROM THE 401k

WELL FARGO ACCOUNT- COMMUNITY  MONEY

220,385.81

FIDELITY Retirement Analysis | prepared for **John E & Mrs. Shepard**

Fidelity Representative: Chris Smith

## Accounts & Income Sources

Your current account balances and additional income sources are reflected below. If you a modeled a proposed income strategy, please refer to the Detailed View page in this report to confirm any adjusted balances used in this retirement analysis.

### Accounts Assigned

| Account Name | Owner* | Balance | As of Date |
|---|---|---|---|
| NTT DATA 401K PLAN-53105******3105 | John E | $506,646.74 | 06/06/2022 |
| BAC stock account (M) | John E | $1,301.39 | 06/07/2022 |
| Prudential (M) | John E | $35,000.00 | 06/07/2022 |
| **Total Value** | John E | **$542,948.14** | |

### Social Security

| Benefit | Start Age | Amount/ Frequency |
|---|---|---|
| John E 's Retirement Benefit | 67 | $2,461/mo |
| Mrs. 's Retirement Benefit | 66 | $1,000/mo |

In generating this analysis, Fidelity considered the account balances and income sources identified on this page.

You may have other assets, including additional accounts and income sources, that were not considered in this analysis, and the value of your assets may change from day to day. Any Income Strategy modeling, including income mix modeling, is not reflected in the balances shown on this page.

You should always ensure that you consider the most up-to-date information before making any investment, tax, or retirement planning decisions.

NEXT STEP

Be sure that you've included all the accounts and income sources that you'll be using in retirement.

account holdings and balance information shown in this report are gathered from multiple sources, as of the following dates: Fidelity-recorded kept workplace savings plan accounts and Fidelity personal accounts, including Fidelity authorized accounts [denoted (AA)]) are reported as of the close of business on the day preceding the date of your retirement analysis. Accounts and other income sources held outside Fidelity are reported either (i) as provided by third party recordkeepers (ii) via the Full View® service [denoted (FV)] as of the last account balance refresh within that system, or (iii) as manually entered by you during a previous planning tool interaction [denoted (M)] as of your last manual update to that data. Fidelity is not responsible for the accuracy, timeliness, or completeness of the data reflected for accounts and other income sources held outside Fidelity. For more information on the Full View service, please see the Methodology. The tool does not differentiate ownership or access limitations for any Authorized and Full View accounts you include in your planning session. You will be displayed as the regardless of your actual ownership of the account.



# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
Phone: **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

JOHN SHEPARD
3201 KEY WEST DR
GARLAND TX 75044-6733

PP

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
| --- | --- |
| Wells Fargo Prime Checking  (6710398428) | 25.88 |
| Wells Fargo Platinum Savings  (9987895449) | 220,359.93 |

### Your Qualification Balance this month:

$220,385.81

Accounts linked in Summary will be provided a separate statement.

EXHIBIT

E

3201 KEY WEST DRIVE GARLAND, TEXAS 75044

HOME WAS SET AS HOMESTEAD

THIS IS COMMUITY ESTATE

HOME HAS BEEN REFINANCE

3 TIMES

COUNTRYWIDE HOME LOAN

BANK OF AMERICA

ROCKET HOME LOAN

SHARON RENA NAME IS ON THE TRUST DEED

JOHN EDWARD SHEPARD COULD NOT GET A LOAN
WITHOUT SHARON RENA SHEPARD SIGNTURE

Contract Number: PK0041234-2010

Covered Property: 3201 Key West Drive
Garland, TX 75044

Contract Period: 04-16-2010 to 04-16-2011 12:01 AM

**Home Warranty of America, Inc**
Post Office Box 850
Lincolnshire, IL 60069-0850
888-492-7359

**COVERAGE**
SWS4 - Diamond - Contract holder is responsible for **$75.00** service fee or actual cost of service, whichever is less, on service calls. The following items are covered under your home service contract:
Air Conditioning, Heating, Water Heater, Electrical System, Plumbing, Dishwasher, Garbage Disposal, Built-In Microwave, Trash Compactor, Ductwork, Range, Oven, Cooktop, Door Bells, Garage Door System, Ceiling Fans, Central Vacuum, Burglar & Fire Alarm Systems, Refrigerator, Exhaust Fans, Whirl Pool Bath, Sump Pump, Premium Coverage, Washer, Dryer, Stoppages/Clogs, 13 SEER/R-410A Equipment Upgrade, Subterranean Termite Treatment, 13 SEER/R-410A Modification

John & Sharon Shepard
3201 Key West Drive
Garland, TX 75044

**COVERAGES AVAILABLE TO HOME BUYER ONLY**
You may add any of the following coverages for an additional fee by phoning 888-492-7359 within 30 days after your contract effective date:
Septic Tank Pumping ($30.00), Well Pump ($85.00), Pool/Spa ($150.00), Refrigerator's Ice Maker ($15.00), Stand Alone Freezer ($35.00), Duplex ($304.00), 2nd Refrigerator ($35.00), Additional Appliance ($35.00), Additional Pool or Spa ($150.00), HVAC During Listing ($50.00), GreenPlus ($75.00), OrangePlus ($75.00), Septic System/Sewage Ejector Pump ($50.00)

HWA along with **Roy Edwards** of **Keller Williams Northwest** are pleased to enclose a copy of your Home Warranty contract. Thank you for allowing Home Warranty of America to handle your home warranty needs.

We hope that you have settled in and are enjoying the comforts of new home ownership. **Roy Edwards** of **Keller Williams Northwest** would like you to know that it was a pleasure to participate with you in the purchase of your new home. If you were satisfied with the service you have received and you know of anyone who might have any real estate needs, please remember to mention **Roy Edwards** of **Keller Williams Northwest**. Your referrals are very much appreciated.

This contract is issued pursuant to a license granted by the Texas Real Estate Commission, and complaints may be directed to the commission at P.O. Box 12188 Austin, TX 78711 Tel: (512) 465-3917. The purchase of a home warranty contract is optional and similar coverage may be purchased through other residential service companies or insurance companies authorized to transact business in Texas.



Thank you for choosing HWA™
For service or any other inquiries, call toll-free
**1-888-492-7359**



HOME WARRANTY OF AMERICA ™

Highest Quality Home Warranty Service — Guaranteed

# SERVICE REQUEST INFORMATION

When repair service is needed, you must call Home Warranty of America™ at 1-888-HWA-RELY. We accept service calls 24 hours a day, 7 days per week, 365 days a year. You can help expedite service by making your home available for needed repair service during normal business hours (9-5 Monday through Friday), and by having the following information ready when you call:

- your service contract number (located on the top right corner)
- a description of the problem

HWA™ will immediately notify our local, authorized Service Provider with your request for service (Please allow 48 hours on weekends and holidays). Our Service Provider will promptly contact you to schedule a mutually convenient appointment during business hours. In case of emergency, efforts will be made to expedite service.

**You are only responsible for paying the Service Fee as designated in the contract** (or actual cost of service, whichever is less) when the Service Provider arrives at your home. Payment may be made by check.

HWA™ sincerely thanks you for the opportunity to provide you with the finest home warranty service available.

SWS 1/09

Recording Requested By & Return To:
Chicago Title Insurance Company
Service Link Division
4848 Loop Central Drive Suite 615
Houston, TX 77081

―――――――――――――― [Space Above This Line For Recording Data] ――――――――――――――

403107010
[Doc ID #]

# DEED OF TRUST

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU
MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION
FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY
BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL
SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18,
20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated    JULY 23, 2010        , together with all
Riders to this document.
(B) "Borrower" is
JOHN E SHEPARD, AND SHARON SHEPARD

Borrower is the grantor under this Security Instrument.

TEXAS--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Form 3044 1/01

Deed of Trust-TX
1006--TX (07/08)(d/i)                         Page 1 of 15





DCAD - Account History

| | |
|---|---|
| Other | UNASSIGNED |
| Other % | 0% |
| Other/Disabled Date | 1/1/2008 |
| Disabled Person | DISABLED |
| Disabled % | 100% |
| Tax Deferred | UNASSIGNED |
| Transferred | |
| Defer | $0 |
| ISD | |
| Ceiling Amount | 988.50 |
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| COUNTY | |
| Ceiling Amount | 71.54 |
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| Capped Homestead | $0 |
| Market Value | $125,780 |

2015

| | |
|---|---|
| Applicant Name | SHEPARD JOHN |
| Ownership % | 100% |
| Homestead Date | 1/1/2008 |
| Homestead % | 100% |
| Other | UNASSIGNED |
| Other % | 0% |
| Other/Disabled Date | 1/1/2008 |
| Disabled Person | DISABLED |
| Disabled % | 100% |
| Tax Deferred | UNASSIGNED |
| Transferred | |
| Defer | $0 |
| ISD | |
| Ceiling Amount | 988.50 |

| | |
|---|---|
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| COUNTY | |
| Ceiling Amount | 51.86 |
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| Capped Homestead | $0 |
| Market Value | $112,120 |

2014

| | |
|---|---|
| Applicant Name | SHEPARD JOHN |
| Ownership % | 100% |
| Homestead Date | 1/1/2008 |
| Homestead % | 100% |
| Other | UNASSIGNED |
| Other % | 0% |
| Other/Disabled Date | 1/1/2008 |
| Disabled Person | DISABLED |
| Disabled % | 100% |
| Tax Deferred | UNASSIGNED |
| Transferred | |
| Defer | $0 |
| ISD | |
| Ceiling Amount | 1,123.83 |
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| COUNTY | |
| Ceiling Amount | 51.86 |
| Date | 1/1/2008 |
| Ceiling | Y |
| Transfer % | 100% |
| Capped Homestead | $0 |
| Market Value | $103,880 |

EXHIBIT F


COPY OF dEnOVO hEARING
 LAWYER MOORE STATED IT WAS MOOTED
AND NO ACTION TAKEN BY JUDGE LEE AND
B. KING CLERK HAS NEVERY SET A HEARING FOR ME

**\*\*THIS IS NOT A SUBSTITUTE FOR THE ADVICE OF AN ATTORNEY\*\***

*Note: A request for De Novo Hearing must be filed no later than the 3rd working day after you receive notice of the substance of the Associate Judge's report. See Texas Family Code Section 201.015.*

FILED

24 DEC -9 PM 1: 15

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

_____DEPUTY

Cause No. DF 23- 0782 7

| | | |
|---|---|---|
| In the Matter of | § | In the District Court |
| the Marriage of | § | |
| Sharon R. Shepard | § | 255 Judicial District |
| Petitioner | § | |
| John Edward Shepard | § | Dallas County, Texas |
| Respondent | | |

## Request for De Novo Hearing

*Print your answers.*

1. My name is: Sharon    R.    Shepard .
                 *First*       *Middle*       *Last*

2. I am the ☑ Petitioner    ☐ Respondent    in this case.

3. A hearing was held in this case before an Associate Judge on: 12-05-2024 .
                                                                        *Month/Day/Year*

4. I received notice of the substance of the Associate Judge's report on: *(Check one)*

   ☑ the same day as the hearing.

   ☐ this date: 12-05-24 .
                            *Month/Day/Year*

5. I object to the following recommendations of the Associate Judge and ask for a de novo hearing before a District Judge: *(You MUST specifically list the recommendations of the Associate Judge to which you object.)*

   - object to the Judge removing the Protective Order
   - The Protective Order should not be remove Respondent violented or break or fail to comply with - Dallas County Court Order

Object to the Judge giving John Shepard possession of the family home

Object to the Judge giving Sharon R Shepard 15 days to get out of the Family Home

See attachment page #

No Judge has a right to evict - Sharon R. Shepard

- My marital status has not be granted with the final Divorce Under Texas Law

- The Judge use my husband Lawyer - to help make up Laws.

Under Texas Law    No husband cannot Legally withhold money from his wife.
- he hit her upside the head → Explain amount of 401K money 220,000K
✱ financial in fidelity finance abbe

*(If you need more room, check the box below, write your additional objections on a separate page, write Exhibit A at the top and attach the page to this motion.)*

☑ Additional objections are listed in Exhibit A which is attached to and fully incorporated into this motion.

6.  I ask the Court to set a de novo hearing on this matter within 30 days after the
filing of this request.

Respectfully submitted,

▶ _~Shr R Sh~_____          _____
Your Signature                                         Date

_Sharon  R. Shepard_____          _____
Your Printed Name                                     Phone

_3261  Key West Dr_____    _Garland____  _Tx_  _75044_
Mailing Address                              City              State        Zip

_billhagan 7470 @ gmail. com_____          _____
Email Address                                         Fax # (if any)

## Certificate of Service

I certify that I delivered a copy of this document to each party in this case, or if a party
is represented by a lawyer to the party's lawyer, by: *(Check one or more)*

☑ Hand delivery to the other party _____

☐ Hand delivery to the other party's lawyer _____

☑ Email to this email address _____

☐ Regular mail to this address:_____

_____

☐ Certified mail to this address:_____

_____

☐ Commercial delivery service (for example FedEx) to this address: _____

_____

☐ Fax to fax #:_____

▶ _____          _____
Signature                                             Date

John Edward Shepard, explained to the court that while working, for a private company he  made over 82,000 thousand dollars in addition to removing money out of the 401k plan without his wife's knowledge. After taking out over 300,000 thousand  out of the 401 k plan, Mr. John Edward Shepard opened up an account that had over 220,000 as he explained to the courts that his wife did not have access to which is community funds.

Mr. Shepard explain to the court he has no money but within the last 28 months he has over 300,000 dollars to manage without his wife Sharon R Shepard.

John Edward Shepard and his lawyer explain that a reported amount of 82,000 plus lawyer fees over 38,000 was still owed to the lawyer. Mr. John Edward Shepard explains to the court that he does work.

If Mr. John Edward Shepard has this kind of money in his possession that means over 120,000  thousand dollars of that money has been hidden or miss managed which is part of the community estate.  But this means if he has no money. This is why Sharon R Shepard is asking the court to let her remain in the house that both parties shared for over 18 years. Mr. John Shepard admitted to the court that there was a  mortgage on the home as well as

Page 4

EXHIBIT 6

MOTION FOR SHERIFF TO HELP
BUT THIS WAS NOT SIGN BY LATER AFTER THE 20TH
OF DEC, 2024 SIGNED.

The response was:

```
DNS Error: DNS type 'mx' lookup of garland.tx.gov responded with code NXDOMAIN Domain name not
found: garland.tx.gov For more information, go to https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; lydaa@garland.tx.gov
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of garland.tx.gov responded with code NXDOMAIN
Domain name not found: garland.tx.gov For more information, go to https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Mon, 30 Dec 2024 09:08:34 -0800 (PST)

---------- Forwarded message ----------
From: Sharon Shepard <billhagan747@gmail.com>
To: Philip Moore <pmoore@friscolawfirm.com>, Jean Lee <jean.lee@dallascounty.org>, Laurie Guerra
<Laurie.Guerra@texasbar.com>, lydaa@garland.tx.gov, mail.lris@texasbar.com, Heather Moore <hgottas@smu.edu>,
Brent McFadden <bmcfadden@firstdallas.org>, govt.relations@texasbar.com, council3@garlandtx.gov,
Council6@garlandtx.gov, Council4@garlandtx.gov, Council5@garlandtx.gov, Mayor@garlandtx.gov, Maria Thomas-Jones
<Thomas-Jonesm@lanwt.org>, gene.major@texasbar.com, newstips@khou.com, nbaker@ktvt.com,
news.tips@abc.com, Brittany King <Brittany.King@dallascounty.org>, Eric Liepins <liepinse@lanwt.org>, Rick Willey
<ofrwilley@gmail.com>, viewpoints@dallasnews.com
Cc:
Bcc:
Date: Mon, 30 Dec 2024 11:08:22 -0600
Subject: Re: Cause No. DF-23-07827; Shepard
----- Message truncated -----

---

**Philip Moore** <pmoore@friscolawfirm.com>                              Tue, Dec 31, 2024 at 6:28 PM
To: Jean Lee <Jean.Lee@dallascounty.org>
Cc: Jolie Starrett <JStarrett@friscolawfirm.com>, Sharon Shepard <billhagan747@gmail.com>

From yesterday.

Regards,

Philip W. Moore, Jr.

Pfister Family Law

Prosper Location

291 South Preston Road, Ste. 140

Prosper, Texas 75078

Frisco Location

5300 Town and Country Blvd., Suite 110

Frisco, Texas 75034

(972) 712-6700—Telephone

(945) 677-3381—Direct

(972) 360-0666—Facsimile

www.friscolawfirm.com

**3 attachments**

📄 **2024.12.05 Further Temporary Orders (Copy of Certified Copy).pdf**
39K

📄 **2024.12.18 Order on Motion for Sheriff of Constable Assistance (Copy of Certified Copy).pdf**
50K

📄 **2024.12.05 Order on Motion to Modify Protective Order (Copy of Certified Copy).pdf**
44K

---

**Sharon Shepard** <billhagan747@gmail.com>                    Mon, Dec 30, 2024 at 11:08 AM
To: Philip Moore <pmoore@friscolawfirm.com>, Jean Lee <jean.lee@dallascounty.org>, Laurie Guerra
<Laurie.Guerra@texasbar.com>, lydaa@garland.tx.gov, mail.lris@texasbar.com, Heather Moore <hgottas@smu.edu>, Brent
McFadden <bmcfadden@firstdallas.org>, govt.relations@texasbar.com, council3@garlandtx.gov, Council6@garlandtx.gov,
Council4@garlandtx.gov, Council5@garlandtx.gov, Mayor@garlandtx.gov, Maria Thomas-Jones <Thomas-
Jonesm@lanwt.org>, gene.major@texasbar.com, newstips@khou.com, nbaker@ktvt.com, news.tips@abc.com, Brittany King
<Brittany.King@dallascounty.org>, Eric Liepins <liepinse@lanwt.org>, Rick Willey <ofrwilley@gmail.com>,
viewpoints@dallasnews.com

I just called the constable and Dallas Sh office they do not have any paperwork. The City of Garland Police Department
hassled me to leave which is against the law. I want to be served if this hearing is legal. I want to be served or go to jail.
The court filing will be challenged due to the pending hearing was not written correctly. If you and Judge Jean Lee stand
by the court filing and hearing was correct then I want to be served. John had no legal rights to change the locks on the
house because I was still living there. As we know that the order granted possession should be under the divorce decree.
Judge Lee cannot change the final protective order. It has to be signed by the District Judge. I don't have my medication
and I will be face with death. I don't have 1200 buck to pay for my medication. My feet are swollen and I am sleeping in
my car. As Mr Shepard says I took her name off everything and understand I am disabled. Anything happens to me then
it's on Judge Lee who knows I filed bankruptcy and explain I have no money and receive disability. I will have to die in my
car because I have no money and no where to go. Some things are worth dying for.  I am Pastor Sharon Shepard.
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Mon, Dec 30, 2024 at 11:08 AM
To: billhagan747@gmail.com



# Address not found

Your message wasn't delivered to **lydaa@garland.tx.gov**
because the domain garland.tx.gov couldn't be found. Check for
typos or unnecessary spaces and try again.

**LEARN MORE**

If Mr. John Edward Shepard and his lawyer have stated for the record that they have been tracking Mrs. Sharon Shepard which is a clear violation of the TRO.

Mr. John Edward Shepard explained to the court while under oath how the Husband's abusive treatment toward his wife should not go unnoticed. Removing money from his wife and admitting that he hit her upset the head. WE conclude with his testimony we have sufficient evidence that he abused Sharon R Shepard and verbally attacked her.

*Toles v. Toles*
45 S.W.3d 252 (Tex. App. 2001)  Cited 84 times

   1 more...

**Reinstating jury verdict awarding *wife* $325,000 for her intentional infliction of emotional distress claim where evidence showed that *husband* mentally and physically abused *wife*, causing her to suffer from ulcer, severe depression, and post-traumatic stress disorder**

*Wife* testified that *Husband's* abusive treatment toward her began within the first two years of their marriage and continued throughout their marriage. According to *Wife*, she suffered from an ulcer, and *Husband's* treatment of her caused her great emotional distress, caused her to feel worthless and ashamed, and caused her to grind her teeth so hard that some are cracked. *Wife's* psychologist testified that *Wife* was severely depressed and that she suffers from post-traumatic stress disorder as a result of *Husband's abuse*. The psychologist and *Wife's* counselor testified that *Wife* was in further need of therapy and counseling more than two years after the parties' separation. We conclude there is legally sufficient evidence that *Husband's* conduct

It would be right for all parties involved with the hearing for Sharon R Shepard to remain in the home after finding Mr. Shepard has spent all of the community funds.

We would also like you to look into the fact that Judge Jean Lee was aware of Mr. Moore having tape recording the hearing

 **Gmail**

**Sharon Shepard <billhagan747@gmail.com>**

## Cause No. DF-23-07827; Shepard

4 messages

**Philip Moore** <pmoore@friscolawfirm.com>             Mon, Dec 30, 2024 at 10:45 AM
To: Jean Lee <Jean.Lee@dallascounty.org>
Cc: Constable2 Questions <Constable2.Questions@dallascounty.org>, Jolie Starrett <JStarrett@friscolawfirm.com>, Sharon Shepard <billhagan747@gmail.com>

Judge Lee:


Ms. Shepard refused to leave on Friday, December 20, 2024 at 5:00 p.m. as you ordered. The Constables would not help because they don't work past 4:30 p.m., and despite what your order (and the statute) says the Sheriff's department won't get involved in civil matters. Mr. Shepard was able to gain access to his home on Friday, December 27, 2024 when Ms. Shepard left it and he was able to get a locksmith to change the locks. Ms. Shepard has tried to get herself into the home on at least two occasions, specifically twice this past Friday night and once this past Saturday night. The Garland PD would not trespass her, again saying that they don't get involved in civil matters and that this was the Constable's job. The Lieutenant Major with the Garland PD said that the Constable needs to post a notice to the front door, but the Constable today said that we need to tell you that Ms. Shepard violated the order before the Constable office would do anything about this. They are apparently waiting on instructions from you.


Mr. Shepard is entitled to peace and security in his separate property home. Please call (972) 288-7665 and ask to speak with Laura Luna at the Constable's office. Perhaps she can explain to you why no law enforcement officials will do anything about your orders.


Regards,


Philip W. Moore, Jr.

Pfister Family Law

Prosper Location

291 South Preston Road, Ste. 140

Prosper, Texas 75078

Frisco Location

5300 Town and Country Blvd., Suite 110

Frisco, Texas 75034

(972) 712-6700—Telephone

(945) 677-3381—Direct

(972) 360-0666—Facsimile

www.friscolawfirm.com

pmoore@friscolawfirm.com

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**CAUSE NO. DF-23-07827**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | **255th JUDICIAL DISTRICT** |
| **SHARON R. SHAPARD and** | § | |
| **JOHN EDWARD SHEPARD** | § | **DALLAS COUNTY, TEXAS** |

## ORDER ON MOTION FOR SHERIFF OR CONSTABLE ASSISTANCE

On this date the Court hear JOHN EDWARD SHEPARD, Respondent's Motion for Sheriff or Constable Assistance.

TO THE SHERIFF/CONSTABLE/CHIEF OF POLICE OF DALLAS COUNTY, TEXAS:

On this date the Court granted the Motion for Sheriff or Constable assistance with removing SHARON SHEPARD from the residence located at 3201 Key West, Garland Texas 75044. The Court's order ORDERS that SHARON SHEPARD vacate the residence located at 3201 Key West, Garland Texas 75044 by 5:00 p.m. on December 20, 2024.

You are ORDERED to provide a law enforcement officer from your department in accordance with section 86.003 of the Texas Family Code -

---

**ORDER ON MOTION FOR SHERIFF OF CONSTABLE ASSISTANCE**     **Page 1 of 2**

1      to accompany JOHN SHEPARD to the residence;

2.     to inform SHARON SHEPARD that the Court has ordered that SHARON SHEPARD be excluded from the residence;

3.     to protect JOHN SHEPARD while JOHN SHEPARD takes possession of the residence; and

4.     if SHARON SHEPARD refuses to vacate the residence, you are ORDERED to remove SHARON SHEPARD from the residence ~~and to arrest~~ ~~SHARON SHEPARD for violating a court order~~.

SIGNED on 12/10/24_____.

                                              _____
         Associate                            JUDGE PRESIDING

ORDER ON MOTION FOR SHERIFF OF CONSTABLE ASSISTANCE        Page 2 of 2

EXHIBIT H

JOHN SHEPARD UNDER OATH EXPLAIN HE WAS
AWARE OF MY DISABLITY AND HOW MUCH I MADE
ON DECEMBER 05TH 2024
DID NOT AFFECT THE OUTCOME OF HER
JUDGEMENT

NOT THE FINAL DECREE

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  November 18, 2008 Claim
Number:  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xxxxx

SHARON R SHEPARD
3201 KEY WEST DR
GARLAND, TX 75044-6733

You are entitled to monthly disability benefits beginning April 2009.

**The Date You Became Disabled**

We found that you became disabled under our rules on October 28, 2008.  This is
different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can
be entitled to benefits.  For these reasons, your first month of entitlement to
benefits is April 2009.

**What We Will Pay And When**

"    You will receive $703.00 for April 2009 around May 27, 2009.

"    After that you will receive $703.00 on or about the fourth Wednesday of
each month.

The day we make payments on this record is based on your date of birth.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social
Security.  If you think that you might qualify for another kind of Social Security
benefit in the future, you will have to file another application.

**Your Responsibilities**

You are due disability benefits because you are expected to be disabled under our
rules for at least 5 full calendar months.  Therefore, you should let us know if
your health improves or you are able to return to work.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                                See Next Page



2831 E. President George Bush Highway
Richardson, TX 75082-3561

469.204.1000

MethodistHealthSystem.org

November 5, 2024

To whom it may concern:

Sharon R. Shepard: DOB 05/24/1959 was admitted to Methodist Richardson
Medical Center on 11/01/2024. At this time, Ms. Shepard discharge date is
not known. Medical information regarding Ms. Shepard prognosis can not
be shared in this letter due to HIPAA Privacy Laws. Medical records can be
requested from the Medical Records office at Methodist Richardson Medical
Center if necessary.

Ms. Shepard is currently under the care of Jhandiya, Faisal Q., MD

Please contact social worker Nephaphone Kathy Inthavongxay, LMSW at
469-204-7039 if any other information is needed in regards to this patient.

Thank you,

FAISAL JHANDIYA M.D

SOCIAL SECURITY ADMINISTRATION

Date: January 11, 2024
BNC#: 24BC266C91483
REF: A ,DI

SHARON R SHEPARD
3201 KEY WEST DR
GARLAND TX 75044-6733



You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, yc
may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2023, the regular monthly
   Social Security payment is..........................$ 1074.00

   Social Security benefits for a given month are paid the following month. (Fc
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the fourth Wednesday of
   each month.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning April 2011.

   You are entitled to medical insurance under Medicare beginning May 2024.

   Your Medicare number is ~~2T50-HXxxxxxxx~~. You may use this number to get
   medical services while waiting for your Medicare card.

   If you have any questions, please log into Medicare.gov, or call
   1-800-MEDICARE (1-800-633-4227).

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
 Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

   1. Visit www.ssa.gov for fast, simple, and secure online service.
   2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you
      are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention
      this letter when you call.

EXHIBIT I

COURT NUMBER IS WRONG

COURT NUMBER IS WRONG

DF-23-07215- CLOSE CASE

REQUEST A HEARING BUT MR. MOORE WAS ABLE TO

CORRECT THE INFORMATION BEFORE SHE WOULD

SET A HEARING FROM THE e-MAIL

JUDGE LEE SAID IT WAS JUST AN ERROR

AND WE KNOW THAT IS HOW SHE IS GOING TO

RULE

NO. DF-23-07215

| SHARON R. SHEPARD | § | IN THE DISTRICT COURT |
| | § | |
| AND | § | 254TH JUDICIAL DISTRICT |
| | § | |
| JOHN EDWARD SHEPARD | § | DALLAS COUNTY, TEXAS |

## ORDER ON MOTION TO MODIFY PROTECTIVE ORDER

On December 5, 2024, the Court hear JOHN EDWARD SHEPARD, Movant's Motion to Modify Protective Order.

Movant, JOHN EDWARD SHEPARD, appeared by Zoom.  Movant's attorney of record, Philip W. Moore, Jr., appeared by Zoom and announced ready.

Respondent, SHARON R. SHEPARD, appeared by Zoom and announced ready.

The Court, after considering the Motion to Modify Protective Order filed by JOHN EDWARD SHEPARD, finds the motion has merit and that the protective order entered by this Court on September 14, 2023, should be modified.

IT IS THEREFORE ORDERED that the protective order entered by this Court on September 14, 2023, is modified to exclude the following item:

Sharon R. Shepard shall have exclusive use of the residence located

at 3201 Key West Drive, Garland, Texas.

All provisions of the Final Protective Order not modified in this order shall remain in full force and effect.

The Final Protective Order as modified by this Order shall expire on

7/7/25                    .

SIGNED on 12/5/24                              .


                    Associate        JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

                    PFISTER FAMILY LAW, PLLC


                    By: _____
                        Philip W. Moore, Jr.
                        Texas Bar No. 24032756
                        pmoore@friscolawfirm.com
                        John J. Pfister, Jr.
                        State Bar No. 00784757
                        jpfister@friscolawfirm.com

                    5300 Town & Country Boulevard, Suite 110
                    Frisco, Texas  75034
                    (972) 712-6700 – Telephone
                    (972) 767-5080 – Facsimile

                    **ATTORNEYS  FOR  JOHN  EDWARD
                    SHEPARD**

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:

_____

JOHN EDWARD SHEPARD - Movant

_____

SHARON R. SHEPARD - Respondent

EXHIBIT J

IT WAS AN OBJECTION ON THE FLOOR
HOW ABOUT THE DALLAS STANDING ORDER
WITNESS COULD NOT STATE WHY HE TOOK
SHARON SHEPARD OFF HEALTH INSURACE BUT
LAWYER – EXPLAIN WITNESS STATEMENT- IT WAS
OKAY WITH JUDGE BUT IT WAS A LIE
BUT SHE TRUST LAWYER MOORE

**1095-A   Health Insurance Marketplace Statement**

Texas, you cannot remove a spouse from your medical benefits while the divorce is still pending. The only exception to this rule is if your soon-to-be ex-spouse voluntarily secures an independent plan on their own prior to the divorce becoming finalized.

# Health Insurance Marketplace

DEPARTMENT OF HEALTH & HUMAN SERVICES
465 INDUSTRIAL BOULEVARD
LONDON, KENTUCKY 40750-0001

րեՍդիիդրդիդրդիրութերմիդիրդիդրդիդ
249986 AV 0.495T1066 **AUTO5-DIGIT 75044 PL23 R
SHARON SHEPARD
3201 KEY WEST DR
GARLAND, TX 75044-6733

Jan 05, 2024

Application ID: 4602300982
Plan Name: Cigna Simple Choice 7500

> You must file a tax return if the IRS Form 1095-A shows that you got advance payments of the premium tax credit.
> See Part III, Column C on your form.
>
> Use Form 1095-A to complete "IRS Form 8962, Premium Tax Credit" with your federal Income tax return when you
> file. If you don't, you may have to pay back some or all of the tax credits you got last year.

Sharon Shepard:

Enclosed is your tax Form 1095-A about your Health Insurance Marketplace® coverage. You're getting this form because
you and/or members of your household had Marketplace coverage for all or some part of 2023.

This form has important information you'll need to fill out your federal income tax return. We also shared this
information with the Internal Revenue Service (IRS). Keep this form for your records.

**You must file a tax return**

You must file a federal income tax return if you or another member of your household got any advance payments of the
premium tax credit in 2023 to lower premium costs, even if you don't normally file a return. If you don't file a tax return:

- You may have to pay back all or some of the advance payments of the premium tax credit you got.
- You won't qualify for advance payments of the premium tax credit or cost-sharing reductions to help pay for
  your Marketplace coverage in future years.

Complete "IRS Form 8962, Premium Tax Credit" when you file your taxes. **You'll use the information on Form 1095-A to
complete Form 8962.** The Form 1095-A also states which months of 2023 you and other household members had
coverage. You'll need that information to complete IRS Form 8962. Get more details on the back of the enclosed form. If
you need IRS Form 8962, visit IRS.gov/aca.

| Form **1095-A** | **Health Insurance Marketplace Statement** | | | | VOID | OMB No. 1545-2232 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not attach to your tax return. Keep for your records. ▶ Go to *www.irs.gov/Form1095A* for instructions and the latest information. | | | | CORRECTED | 2023 |

**Part I  Recipient Information**

| 1 Marketplace identifier TX | 2 Marketplace-assigned policy number 126911617 | 3 Policy Issuer's name Cigna Healthcare | |
|---|---|---|---|
| 4 Recipient's name Sharon R Shepard | | | |
| 7 Recipient's spouse's name John E Shepard | 5 Recipient's SSN xxx-xx-0236 | | 6 Recipient's date of birth |
| | 8 Recipient's spouse's SSN xxx-xx-7200 | | 9 Recipient's spouse's date of birth |
| 10 Policy start date 01/01/2023 | 11 Policy termination date 12/31/2023 | 12 Street address (including apartment no.) 3201 Key West Drive 3201 Key West Drive | |
| 13 City or town Garland | 14 State or province TX | 15 Country and ZIP or foreign postal code US 75044 | |

**Part II  Covered Individuals**

| A. Covered individual name | B. Covered individual SSN | C. Covered individual date of birth | D. Coverage start date | E. Coverage termination date |
|---|---|---|---|---|
| 16  Sharon R Shepard | xxx-xx-0236 | | | |
| 17  John E Shepard | xxx-xx-7200 | | 01/01/2023 | 06/30/2023 |
| 18 | | | 01/01/2023 | 12/31/2023 |
| 19 | | | | |
| 20 | | | | |

**Part III  Coverage Information**

| Month | A. Monthly enrollment premiums | B. Monthly second lowest cost silver plan (SLCSP) premium | C. Monthly advance payment of premium tax credit |
|---|---|---|---|
| 21  January | 1,415.19 | 1,922.61 | |
| 22  February | 1,415.19 | 1,922.61 | 1,406.00 |
| 23  March | 1,415.19 | 1,922.61 | 1,406.00 |
| 24  April | 1,415.19 | 1,922.61 | 1,406.00 |
| 25  May | 1,415.19 | 1,922.61 | 1,406.00 |
| 26  June | 1,415.19 | 1,922.61 | 1,406.00 |
| 27  July | 663.14 | 939.33 | 1,406.00 |
| 28  August | 663.14 | 939.33 | 423.00 |
| 29  September | 663.14 | 939.33 | 423.00 |
| 30  October | 663.14 | 939.33 | 423.00 |
| 31  November | 663.14 | 939.33 | 423.00 |
| 32  December | 663.14 | 939.33 | 423.00 |
| 33  Annual Totals | 12,469.98 | 17,171.64 | 10,974.00 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Cat. No. 60703Q

EXHIBIT K

COPY OF APPLICATION FOR PROTECTIVE ORDER
JULY 07,2024

FINAL PROCTIVE ORDER SIGN
2024 September

23 - 7827

CAUSE NO. DF    23.7215

IN THE MATTER OF:                    )                    IN THE _303rd_ FAMILY DISTRICT
Shepard                              )
_____              )                    COURT OF DALLAS COUNTY, TEXAS.

ASSOCIATE JUDGE'S REPORT*(Divorce/SAPCR)*    (Application for Protective Order)
                              Temporary _____ Final _____

Pursuant to an Order of Referral, a hearing in this matter has been held by a duly appointed Associate Judge as authorized by Chapter 201, Texas Family Code. The parties are hereby given notice of the findings and orders contained herein and of their right to be heard by a District Judge upon compliance with the terms of Chapter 201, Texas Family Code. A copy of this Report has been given to each party or the party's attorney who appeared at the hearing.

[ ] AGREEMENT   [ ] DEFAULT   [X] CONTESTED HEARING   [ ] Reporter/Translator Present _____

APPEARANCES:   Husband/Father: _____ and Attorney: _____

Wife/Mother: _____ and Attorney: _____

Other: _____ and Attorney: _____

The Court transfers cause number DF-23-7215 to the 303rd District Court and consolidates the two cases together.

The Court grants a Protective order against Respondent for the protection of Applicant pursuant to section 6e of the Application. This includes Applicant having right to use and possession of the residence at 3201 Key West Drive, Cowland, Texas for the duration of the Protective order. Right to ~~temp~~ use and possession of the Key West residence is subject to orders of the Court on temporary orders or at final trial in the divorce proceedings.

Duration of the Protective order is 2 years.

No orders are made regarding cash support, motor vehicles, electronic storage devices, or wireless telephone accounts, or attorney's fees.

Attorney for [ ] Husband/Father [ ] Wife/Mother [ ] _____ will reduce this Report to a written Order and submit to the other side and Court within fourteen (14) days.
[ ] Orders require proof of submission to other side OR signature of all [ ] attorneys or [ ] parties for entry.

7-7-23
_____                                      _____
Date                                                          Associate Judge

Agreed _____   Agreed _____   Agreed _____   Agreed _____

PAGE _1_ OF _1_ .            [ ] SUBJECT TO PROOF OF SERVICE              (Rev. 06/10)